Connor et al., Appellants, *v.* Duquesne Brewing Company.

Argued November 11, 1971. *Seymour A. Sikov,* with him *Murray S. Love,* and *Sikov and Love,* for appellants; *Thomas D. MacMullan,*

with him *Brandt, McManus, Brandt & Malone,* for appellees.

Judgment affirmed.

SPAULDING, J., absent.